UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA    )
                            )
        v.                  )    CRIMINAL NO. 15-MJ-06087-MPK
                            )
    SHANE GUNN               )

## MOTION FOR LEAVE TO FILE
## EXHIBIT A TO APPEARANCE BOND UNDER SEAL

    Defendant, Shane Gunn, by and through counsel, respectfully requests that the Court grant him leave to file Exhibit A to his Appearance Bond under seal.  As grounds therefore, the defendant states that the exhibit consists entirely of data that is required to be redacted from public disclosure pursuant to Fed. R. Crim. P. 49.1.

                                    SHANE GUNN
                                    By His Attorney,

                                    /s/ Timothy Watkins
                                    Timothy G. Watkins
                                    Federal Defender Office
                                    51 Sleeper St., Fifth Floor
                                    Boston, MA  02210
                                    Tel: 617-223-8061

## CERTIFICATE OF SERVICE

    I, Timothy G. Watkins, hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on August 20, 2015.

                                    /s/ Timothy G. Watkins
                                    Timothy G. Watkins